**George Samuel GREEN, Jr., and family on behalf of Virginia Green, mother, Plaintiff–Appellant,**

**v.**

**PHILIP MORRIS, tobacco manufacturers; Brown & Williamson Tobacco Corporation, tobacco manufacturers; B.J. Reynolds Tobacco Company, tobacco manufacturers, Defendants–Appellees.**

No. 07–7084.

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 28, 2008.

George Samuel Green, Jr., Appellant Pro Se.

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Samuel Green, Jr., appeals the district court's order denying relief on his Fed.R.Civ.P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. Philip Morris,* No. 2:03–cv–00157–RGD (E.D. Va. June 18, 2007). We deny Green's motion to appoint counsel and to "interduct evidence." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*